## EMPIRE STATE LIFE INSURANCE COMPANY *v.* C. HYDE BECKWITH, IMPLEADED, ETC.

### *Laches.*

APPEAL from a judgment in favor of the plaintiff, entered upon the report of a referee.

THE defendant gave his promissory note, upon which this action was brought, to the agent of the plaintiff for a policy of insurance, supposing it was to be issued by plaintiff. The plaintiff procured a policy to be issued by the Life Association of America, which was delivered to defendant. About November 1, 1872, a letter was received at defendant's house which was opened by his wife, who informed him that his policy had come; but he did not read the policy nor ascertain that it was issued by the Life Association of America. He held the policy about four months without repudiating it. The referee held that four months was too long a time for him to omit all efforts to find by whom the policy was issued, and gave judgment for plaintiff which was affirmed by the General Term.

*D. W. Cameron*, for appellant.    *P. C. Williams*, for respondent.

Opinion by MULLIN, P. J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Judgment affirmed.